# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| NIGER HARROLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| HALLMARK INSURANCE | ) | |
| COMPANY D/B/A HALLMARK | ) | |
| COUNTY MUTUAL INSURANCE | ) | |
| COMPANY, DUARTE'S | ) | |
| TRUCKING LLC, and ROBERT | ) | |
| SIMMONS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

**TO:** Judges of the United States District Court
Northern District of Georgia

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendants hereby remove the civil action captioned *Niger Harrold v. Hallmark Insurance Company d/b/a Hallmark County Mutual Insurance Company, Duarte's Trucking LLC, and Robert Simmons*, Civil Action File No. 16EV004834 from the State Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia. Removal is based upon the following:

**Removal Based on Diversity Jurisdiction Pursuant to 28 U.S.C. § 1441**

1. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332 and this matter may be removed to this Court under 28 U.S.C. § 1441(a).

**Description of Suit**

2. Plaintiff filed a Complaint against Defendants alleging negligence related to a motor vehicle accident that occurred on or about July 11, 2015 in Cordele, Crisp County, Georgia. [Plaintiff's Complaint, October 19, 2016, Ex.1]. Plaintiff's Complaint did not specify a specific amount for damages, but Plaintiff's Demand Letter demanded $1,000,000. [Plaintiff's Demand Letter, February 18, 2016, Ex. 2].

**Consent for Removal**

3. The procedure for removing a case to Federal Court is codified in 28 U.S.C. § 1446 and it requires that all Defendants consent to the removal. *Cook v. Randolph County, Ga.*, 573 F.3d 1143, 1150 (11th Cir. 2009); *Tri-Cities Newspaper, Inc. v. Tri-Cities Printing Pressmen and Assistants' Local 349*, 427 F.2d 325, 326-27 (5th Cir. 1970).

4. Defendant Hallmark Insurance Company d/b/a Hallmark County Mutual Insurance Company ("Hallmark") consents to this removal by and through its undersigned counsel of record.

5.  Defendant Duarte's Trucking, LLC consents to this removal by and through its undersigned counsel of record.

6.  Defendant Robert Simmons consents to this removal by and through his undersigned counsel of record.

### The Amount in Controversy Requirement

7.  Plaintiff's Complaint sought a judgment for past and future medical expenses, past and future lost wages, physical and mental pain and suffering, loss of enjoyment of life, attorney's fees, and costs of litigation. [Plaintiff's Complaint, October 19, 2016, Ex.1].

8.  Plaintiff did not articulate the exact amount of damages he was seeking in his Complaint. However, Plaintiff's previous demand sought $1,000,000. [Plaintiff's Demand Letter, February 18, 2016, Ex. 2].

9.  The amount in controversy requirement has been met as shown by Plaintiff's Demand Letter.

### The Diversity of Citizenship Requirement

10. Plaintiff is a resident of Georgia. [Plaintiff's Complaint, Paragraph 1].

11. Defendant Hallmark is a foreign corporation with its State of incorporation and principal place of business being Texas and is, therefore, a citizen of Texas. [Plaintiff's Complaint, Paragraph 2]. Defendant Duarte's

Trucking, LLC is a foreign corporation with its State of incorporation and principal place of business being Texas and is, therefore, a citizen of Texas. Defendant Robert Simmons is a nonresident motorist and citizen of Florida. [*Id.*].

## Compliance with Deadline for Removal

12. Pursuant to 28 U.S.C. §1446(b)(2)(B), each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons to file the notice of removal. Defendant Hallmark was served November 1, 2016. [Constables Return Executed for Hallmark, Ex. 3]. Defendant Robert Simmons was served November 2, 2016. [Deputy Worksheet/Return of Service, Ex. 4]. Defendant Duarte's Trucking, LLC was served November 9, 2016. [Constable Return of Individual, Ex. 5].

13. Pursuant to 28 U.S.C. §1446(b)(2)(C), if defendants are served at different times, and a later-served defendant files a notice of removal, any earlier-served defendant may consent to removal even though that earlier-served defendant did not previously initiate or consent to removal. Here, Duarte's Trucking has initiated removal within 30 days of service, and Defendants Hallmark and Simmons consent to the removal.

14. Plaintiff admitted he is seeking in excess of $75,000 by and through his Demand Letter. [Plaintiff's Demand Letter, February 18, 2016, Ex. 2] The deadline for filing this removal without leave of court is December 9, 2016.

4

Based on 28 U.S.C. § 1446(b)(2)(B)-(C) this notice of removal is timely filed.

## The State Court Proceeding

15. The state court proceeding is identified as follows: *Niger Harrold v. Hallmark Insurance Company d/b/a Hallmark County Mutual Insurance Company, Duarte's Trucking LLC, and Robert Simmons*, Civil Action File No. 16EV004834 from the State Court of Fulton County, Georgia. A Notice of this Removal will be filed with the state court upon filing of this Notice of Removal.

## All State-Court Documents

16. All state-court documents required to be filed with this notice are attached hereto: Plaintiff's Complaint, Answer of Defendants Hallmark and Simmons, and Answer of Duarte's Trucking, LLC. [All Pleadings, Exs. 1, 6, 7].

**WHEREFORE**, Defendants wish to exercise their rights under the provisions of 28 U.S.C. § 1441, *et seq.* to remove this Action from the State Court of Fulton County, Georgia, to the United States District Court, Northern District of Georgia.

This 8th day of December, 2016.

                      **NALL & MILLER, LLP**

                      By:  */s/ Michael T. Davis*
                            **PATRICK N. ARNDT**
                            Georgia Bar No. 139033
                            **MICHAEL T. DAVIS**
                            Georgia Bar No. 474454

        **ATTORNEYS FOR DEFENDANTS HALLMARK INSURANCE COMPANY D/B/A HALLMARK COUNTY MUTUAL INSURANCE COMPANY, DUARTE'S TRUCKING, LLC, AND ROBERT SIMMONS**

**NALL & MILLER, LLP**
235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Email: parndt@nallmiller.com;
mdavis@nallmiller.com

## CERTIFICATE OF COMPLIANCE WITH N.D. GA. LOCAL RULE 5.1B

This is to certify that this Pleading was created in Times New Roman 14 point font in accordance with Northern District of Georgia Local Rule 5.1B.

                **NALL & MILLER, LLP**

        By: */s/ Michael T. Davis*
                **PATRICK N. ARNDT**
                Georgia Bar No. 139033
                **MICHAEL T. DAVIS**
                Georgia Bar No. 474454

                **ATTORNEY FOR DEFENDANTS**

**NALL & MILLER, LLP**
235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Email: parndt@nallmiller.com;
mdavis@nallmiller.com

# CERTIFICATE OF SERVICE

This is to certify that I have this day filed the **NOTICE OF REMOVAL (FEDERAL)** and served counsel for the opposing party in the foregoing matter with a copy via US Mail as follows:

The Angell Law Firm, LLC
Bryce Angell, Esq.
3391 Peachtree Road, N.E., Suite 110
Atlanta, GA  30326

This 8th day of December, 2016.

> */s/ Michael T. Davis*
> **PATRICK N. ARNDT**
> Georgia Bar No. 139033
> **MICHAEL T. DAVIS**
> Georgia Bar No. 474454
>
>
> **ATTORNEY FOR DEFENDANTS**