#2912w-4-1

State Court of Fulton County
**E-FILED**
16EV004834
10/19/2016 4:19:37 PM
LeNora Ponzo, Clerk
Civil Division

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY
Civil Division

CIVIL ACTION FILE NO. _____

2016 OCT 20  AM 8: 26

DATE 11-1-16
TIME 11:10 A

Niger Harrold
_____
_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

Hallmark Insurance Co.
c/o Shakinah Edwards
777 Main St., Suite 1000
Ft. Worth, TX 76102

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $ _____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $ _____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $ _____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COSTS _____ |
| [ ] SPECIAL LIEN | ............ |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Bryce Angell, ESQ
Address: 3391 Peachtree Road, NE, Suite 110
City, State, Zip Code: Atlanta, GA 30326        Phone No.: 404/418-6007

An answer to the complaint which is herewith served on you, within thirty (30) days after service on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. DEFENSE MAY BE MADE & JURY TRIAL DEMANDED, via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 185 Central Ave., S.W., Room TG100, Atlanta, GA 30303.

10/19/2016 4:19:37 PM

This _____        Cicely Barber, Chief Clerk (electronic signature)

If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer. Such paragraphs not denied will be taken as true. If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.

If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00, and is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn answer setting up the facts relied on as a defense.

### SERVICE INFORMATION:
Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

### WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.    _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

Case 1:16-cv-04532-ELR   Document 1-1   Filed 12/08/16   Page 2 of 5

State Court of Fulton County
**E-FILED**
16EV004834
10/19/2016 4:19:37 PM
LeNora Ponzo, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| Niger Harrold, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE NO. |
| Hallmark Insurance Company d/b/a Hallmark County Mutual Insurance Company, Duarte's Trucking LLC, and Robert Simmons, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

COMES NOW Niger Harrold, Plaintiff, and files this his Complaint against Defendants Duartes Trucking LLC, and Robert Simmons as follows:

### JURISDICTION AND VENUE

1.

Plaintiff is a resident of Georgia.

2.

Defendant, Duarte's Trucking LLC (hereinafter "Duarte's") is a foreign corporation actively conducting business in the State of Georgia as a nonresident motor carrier with its principal place of business in Texas. Duarte's may be served with Summons and Complaint upon its principal agent Heylling Duarte at its principal place of business located at 7603 Fir Street, Houston, TX 77012. Defendant Robert Simons (hereinafter "Simmons") is a nonresident motorist residing in Florida and may be served with Summons and Complaint at his residence 889 Edison Avenue, Labelle, FL 33935. Defendant Hallmark Insurance Company d/b/a Hallmark County Mutual Insurance Company (hereinafter "Hallmark") is a foreign insurance company registered to do business in Georgia, with its principal place of business in Texas. Hallmark may be served with Summons and Complaint on its registered agent, Shakinah Edwards at 777 Main Street, Suite 1000, Ft. Worth, TX 76102.

3.

Jurisdiction and venue are proper in this Court.

## BACKGROUND

4.

On 07/11/2015, Plaintiff was a restrained driver stopped for an activated trainsignal on 7th st in Cordele, Georgia. As Plaintiff sat at the trainsignal, suddenly and without warning, Simmons in the course and scope of his duties as an employee/truck driver for Duarte's struck the passenger side of Plaintiff's vehicle in a forceful manner and drug Plaintiff's vehicle through a left turn. As a result, Plaintiff sustained injuries to his knees bilaterally, back and feet bilaterally.

## NEGLIGENCE

5.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 4 above as if fully restated.

6.

The aforementioned collision between Plaintiff and Simmons was caused by the negligence of the Simmons, in (1) failure to maintain lane; (2) failing to maintain a proper lookout ahead; (3) general negligence; each violation is considered as negligence per se violations of the Uniform Rules of the Road and such other acts or omissions as may be provided by a preponderance of the evidence upon the trial of this matter.

7.

As a result of Defendant's negligence, Plaintiff suffered an injury which resulted in medical bills, lost wages, and severe physical and mental pain in an amount to be proven at trial.

WHEREFORE, Plaintiff prays that she have a trial on all issues and judgment against Defendant as follows:

a. That Plaintiff recovers the full value of her past and future medical expenses and past and future lost wages in an amount to be proven at trial;

b. That Plaintiff recovers for physical pain and suffering, loss of enjoyment of life, and emotional distress in an amount to be determined by at trial;

c. That Plaintiff recovers the full value of his past and future lost wages in an amount to be proven at trial;

d. That Plaintiff recovers reasonable attorney's fees and costs of litigation and any statutory penalties allowed by law;

e. That Plaintiff recovers such other and further relief as is just and proper;

f. That all issues be tried at trial.

Respectfully submitted this 19th day of October, 2016.

__/s/ Bryce Angell_____
Bryce Angell, Esq.
Georgia Bar No. 685741
Attorney for Plaintiff

The Angell Law Firm, LLC
3391 Peachtree Rd NE, Suite 110
Atlanta, Georgia 30326
Tel: (404) 418-6007
Fax: (404) 745-0607

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 16EV004838

Date Filed 10/19/16

| | Superior Court | ☐ | Magistrate Court | ☐ |
|---|---|---|---|---|
| | State Court | ☑ | Probate Court | ☐ |
| | Juvenile Court | ☐ | | |

Georgia, Fulton COUNTY

Niger Harrold

Attorney's Address

_____ Plaintiff

VS.

Hallmark Insurance Co.; Duarte's Trucking LLC; & Robert Simmons

Name and Address of Party to be Served

Hallmark Ins. Co. c/o Shakirah Edwards
777 Main St., Suite 1000
Ft. Worth, TX 76102

_____ Defendant

_____ Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20 _____

_____ DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT