## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **NIGER HARROLD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION FILE** |
| ) | **NO. 1:16-cv-04532-ELR** |
| **HALLMARK INSURANCE** ) | |
| **COMPANY D/B/A HALLMARK** ) | |
| **COUNTY MUTUAL INSURANCE** ) | |
| **COMPANY, DUARTE'S** ) | |
| **TRUCKING LLC, and ROBERT** ) | |
| **SIMMONS,** ) | |
| ) | |
| **Defendants.** ) | |

## JURY DEMAND

Defendants Hallmark Insurance Company d/b/a Hallmark County Mutual Insurance Company, Duarte's Trucking, LLC, and Robert Simmons, hereby demand a trial by jury as to all issues so triable in this case.

Submitted this 12th day of December, 2016.

                          **NALL & MILLER, LLP**

                By:  */s/ Michael T. Davis*
                     **PATRICK N. ARNDT**
                     Georgia Bar No. 139033
                     **MICHAEL T. DAVIS**
                     Georgia Bar No. 474454
                     **ATTORNEYS FOR DEFENDANTS**
                     **HALLMARK INSURANCE COMPANY**

**D/B/A HALLMARK COUNTY MUTUAL INSURANCE COMPANY, DUARTE'S TRUCKING, LLC, AND ROBERT SIMMONS**

235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Email: parndt@nallmiller.com;
mdavis@nallmiller.com

## CERTIFICATE OF COMPLIANCE WITH N.D. GA. LOCAL RULE 5.1B

This is to certify that this Pleading was created in Times New Roman 14 point font in accordance with Northern District of Georgia Local Rule 5.1B.

**NALL & MILLER, LLP**

By: */s/ Michael T. Davis*
**PATRICK N. ARNDT**
Georgia Bar No. 139033
**MICHAEL T. DAVIS**
Georgia Bar No. 474454

**ATTORNEY FOR DEFENDANTS**
**ATTORNEYS FOR DEFENDANTS**
**HALLMARK INSURANCE COMPANY D/B/A HALLMARK COUNTY MUTUAL INSURANCE COMPANY, DUARTE'S TRUCKING, LLC, AND ROBERT SIMMONS**

235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Email: parndt@nallmiller.com;
mdavis@nallmiller.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed this **JURY DEMAND** and served counsel for the opposing party in the foregoing matter with a copy via US Mail as follows:

The Angell Law Firm, LLC
Bryce Angell, Esq.
3391 Peachtree Road, N.E., Suite 110
Atlanta, GA  30326

This 12th day of December, 2016.

        **NALL & MILLER, LLP**

      By: */s/ Michael T. Davis*
        **PATRICK N. ARNDT**
        Georgia Bar No. 139033
        **MICHAEL T. DAVIS**
        Georgia Bar No. 474454

        **ATTORNEY FOR DEFENDANTS**
        **ATTORNEYS FOR DEFENDANTS**
        **HALLMARK INSURANCE COMPANY**
        **D/B/A HALLMARK COUNTY**
        **MUTUAL INSURANCE COMPANY,**
        **DUARTE'S TRUCKING, LLC, AND**
        **ROBERT SIMMONS**

235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Email: parndt@nallmiller.com;
mdavis@nallmiller.com

5