IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NIGER HARROLD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:16-CV-04532-ELR |
| | * | |
| HALLMARK INSURANCE | * | |
| COMPANY d/b/a HALLMARK | * | |
| COUNTY MUTUAL INSURANCE | * | |
| COMPANY and ROBERT SIMMONS, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**ORDER**

On December 22, 2017, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice. [Doc. 36]. Federal Rule of Civil Procedure 41 states, in pertinent part:

(a) Voluntary Dismissal.
   (1) *By the Plaintiff.*
       (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
           (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
           (ii) a stipulation of dismissal signed by all parties who have appeared.

FED. R. CIV. P. 41(a).  Accordingly, since Defendants answered Plaintiff's Complaint [Doc. 2], should Plaintiff want to dismiss this action, the Court

**DIRECTS** Plaintiff to file a stipulation of dismissal signed by all parties who have appeared.

**SO ORDERED**, this 8th day of January, 2018.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia