IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | | |
|---|---|---|---|
| Niger Harrold | ) | | |
| | ) | | |
| Plaintiff, | ) | CIVIL ACTION | |
| vs. | ) | | |
| | ) | FILE NO. | |
| | ) | 1:16-cv-04532 ELR | |
| | ) | | |
| Duartes Trucking LLC | ) | | |
| Robert Simmons, | | | |
| Defendant. | ) | | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

NOW COMES the parties to the above styled action, pursuant to F.R.C.P. 41(a)(1)(A)(ii) and hereby enters a Stipulation of Dismissal with Prejudice.

This 2nd day of February, 2018.

Respectfully Submitted,

___/s/ Bryce Angell__
Bryce Angell, Esq.
Georgia Bar No. 685741
Attorney for Plaintiff

**The Angell Law Firm, LLC**
3391 Peachtree Rd NE, Suite 110
Atlanta Georgia 30326
Telephone (404)418-6007


\_\_\_/s/Patrick Arndt\_\_\_ (by Bryce Angell with express permission)
Patrick Arndt, Esq.
Georgia Bar No. 139033
Attorney for Defendants

**Nall & Miller, LLP**
235 Peachtree Street, N.E.
North Tower. Suite 1500
Atlanta, Georgia 30303
Telephone (404)522-2200